**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6079

WILFREDO GONZALEZ LORA,

Plaintiff - Appellant,

versus

THOMAS M. HOLLENHORST, Assistant United States
Attorney for the Eastern District of Virginia,
in his official and personal capacities;
ROBERT TRENT, Immigration and Naturalization
Service's Officer, in his official and
personal capacities; JIM TRUSTY, State
Attorney for Montgomery County, Maryland, in
his official and personal capacities; ALAN B.
SOSCHIN, Attorney At Law, in his official and
personal capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-02-757-2)

Submitted: April 10, 2003        Decided: April 29, 2003

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wilfredo Gonzalez Lora, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying relief on his <u>Bivens</u>[*] complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000), and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Lora v. Hollenhorst</u>, No. CA-02-757-2 (E.D. Va. Sept. 30, 2002; Dec. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).